UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE AVAYA INC MEDICAL EXPENSE PLAN FOR SALARIED EMPLOYEES,<br><br>       Plaintiff,<br><br>   v.<br><br>GARY R BAKKER, et al.,<br><br>       Defendants. | Case No. 13-cv-05667-PSG<br><br>**ORDER TO SHOW CAUSE** |

On July 31, 2014, the parties submitted a joint notice of settlement.[1] The notice indicated that the parties would file either a dismissal with prejudice or a stipulated judgment by April 30, 2015.[2] To date, neither document has been filed. No later than January 20, 2016, Plaintiffs shall show cause why this case should not be dismissed for failure to prosecute. Alternatively, the parties shall file a dismissal or stipulated judgment so that the court may close this case.

**SO ORDERED.**

Dated: January 13, 2016

_____
PAUL S. GREWAL
United States Magistrate Judge

---

[1] *See* Docket No. 30.

[2] *See id.* at 1-2.